# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * * * * *  *
RAINMAKERS STRATEGIC            *
SOLUTIONS, LLC,                 *
                                *
          Protestor,            *   No. 17-1160C
v.                              *   Filed: November 17, 2017
                                *
UNITED STATES,                  *
                                *
          Defendant.            *
                                *
* * * * * * * * * * * * * * * * *
```

**O R D E R**

The court is in receipt of the November 17, 2017 stipulation of dismissal with prejudice in the above-captioned bid protest. Pursuant to Rule 41(a)(1) of the Rules of the United States Court of Federal Claims (2017), this court **ORDERS** that this case be **DISMISSED** with prejudice, with each party to bear its own costs and fees. The Clerk's Office shall enter **JUDGMENT** consistent with this Order.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**